Dismissed and Memorandum Opinion filed April 9, 2009








Dismissed
and Memorandum Opinion filed April 9, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00987-CV

____________

STEPHEN MICHAEL YAMIN, SR., A/K/A
STEVE YAMIN D/B/A 

YAMIN MOTORCYCLES, STEVE YAMIN, JR., AND GINA PURDY, Appellants

 

V.

 

JOHN EARL LIPTRAP, Appellee

 



 

On Appeal from
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 874425

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 28, 2008.  On April 1, 2009, the parties
filed an agreed motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Seymore, Brown, and
Sullivan.